| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **CIVIL CONFERENCE** |
| **EASTERN DISTRICT OF NEW YORK** | **MINUTE ORDER** |

BEFORE:    A. KATHLEEN TOMLINSON                            DATE:    7/16/10
           U.S. MAGISTRATE JUDGE                            TIME:    2:00 PM

*Lederer -v- Newmatic Sound Systems, Inc.,* **CV-10-271 (JS) (AKT)**

TYPE OF CONFERENCE:          **STATUS CONFERENCE**

APPEARANCES:      Plaintiff       Edmond R. Bannon
                                  Mark Manewitz

                  Defendant       Robert B. Golden
                                  Craig Stainbrook


THE FOLLOWING RULINGS WERE MADE:

1. Counsel for the parties report that they were unable to resolve the specific outstanding issues discussed at the July 1, 2010 settlement conference. I advised counsel that the settlement conference that if we were unable to make further progress by today's telephone call, I would proceed to enter the Case Management and Scheduling Order. The parties had previously submitted two different versions of a proposed scheduling order because they were unable to agree on discovery deadline dates.

2. Defendants' counsel previously filed a motion to stay this action entirely in favor of defendants application to the USPTO to place the patent at issue in re-examination [DE 22]. That motion is pending before Judge Seybert. I advised the parties that I would speak with Judge Seybert and would make a determination whether discovery will proceed. The parties will be advised of that determination on ECF.


                                                    SO ORDERED

                                                    /s/ A. Kathleen Tomlinson
                                                    A. KATHLEEN TOMLINSON
                                                    U.S. Magistrate Judge