UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 24 2014 ★

LONG ISLAND OFFICE

WAYNE LEDERER,

    Plaintiff,

v.

NINE EIGHTEEN MEDICAL, INC.,

    Defendant.

2:10-cv-00271-ADS-GRB

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1), and based on a settlement reached by the parties, Plaintiff Wayne Lederer hereby voluntarily dismisses this action without prejudice.

Respectfully submitted,

Dated: September 24, 2014

*Case Closed subject to the terms of the Settlement Agreement.*

_____
Edmond R. Bannon (EB 0494)
FISH & RICHARDSON P.C.
601 Lexington Avenue, 52nd Floor
New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291
Email: bannon@fr.com

Mark L. Manewitz (MM 6480)
360 East 72nd Street
Suite A1401
New York, New York 10021
Telephone: (917) 733-5103
Fax: (212) 585-1011
Email: mmanewitz@gmail.com

Attorneys for Plaintiff
WAYNE LEDERER

_____
U.S.D.J.   9/24/14